LUIGI FAMBORILLE, as Administrator of the Estate of LORETE FAMBORILLE, Deceased, Respondent, *v.* ATLANTIC, GULF AND PACIFIC COMPANY, Appellant.

*Famborille* v. *Atlantic, Gulf & Pacific Co.*, 155 App. Div. 833, affirmed.
(Argued November 24, 1914; decided December 8, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 6, 1913, which reversed an order of the court at a Trial Term setting aside a verdict in favor of plaintiff and granting a new trial and reinstated said verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

*Charles Irving Oliver* for appellant.

*James A. Leary* and *W. A. Fullerton* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.